# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YOHAN NOE LOPEZ-ACOSTA, ) <br> EDGAR HERBERTO RODRIGUEZ-MORALES, ) <br> JUAN CARLOS VARGAS-GARCIA, and ) <br> CARLOS ARMANDO CORONA-SANCHEZ, ) <br> ) <br> Defendants. ) | 8:13CR275 <br><br> ORDER |

This matter is before the court on the motions for an extension of time by defendants Juan Carlos Vargas-Garcia (Vargas-Garcia) (Filing No. 52) and Carlos Armando Corona-Sanchez (Filing No. 53). Defendants seek an extension of forty-five to sixty days in which to file pretrial motions in accordance with the progression order. It is represented that government's counsel has no objection. Upon consideration, the motions will be granted. The pretrial motion deadline will be extended as to all defendants.

**IT IS ORDERED:**

Defendant Vargas-Garcia's and Corona-Sanchez's motions for an extension of time (Filing Nos. 52 and 53) are granted. All defendants in this case are given until **on or before January 27, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **November 26, 2013, and January 27, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 26th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge