IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>YOHAN NOE LOPEZ-ACOSTA,<br>EDGAR HERBERTO RODRIGUEZ-MORALES,<br>JUAN CARLOS VARGAS-GARCIA,<br>CARLOS ARMANDO CORONA-SANCHEZ,<br><br>        Defendants. | 8:13CR275<br><br>ORDER |

    Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

    **IT IS SO ORDERED.**

Dated this 10th day of December, 2013.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge