# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YOHAN NOE LOPEZ-ACOSTA,<br>EDGAR HERBERTO RODRIGUEZ-MORALES,<br>JUAN CARLOS VARGAS-GARCIA, and<br>CARLOS ARMANDO CORONA-SANCHEZ<br><br>    Defendants. | 8:13CR275<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Carlos Armando Corona-Sanchez (Corona-Sanchez) (Filing No. 57). Corona-Sanchez seeks an extension of forty-five days in which to file pretrial motions in accordance with the progression order. The court held a telephone conference with counsel on January 28, 2014. The government's counsel has no objection. Upon consideration, and for good cause shown, the motion will be granted. Furthermore, the pretrial motion deadline will be extended as to all defendants.

**IT IS ORDERED:**

Defendant Corona-Sanchez's motion for an extension of time (Filing No. 57) is granted. **All defendants** in this case are given until **on or before March 10, 2014**, in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such a motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **January 28, 2014, and March 10, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 28th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge