# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR275 |
| vs. | ) | |
| CARLOS A. CORONA-SANCHEZ, EDGAR RODRIGUEZ-MORALES, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [93] filed by defendant Carlos A. Corona-Sanchez as counsel needs additional time to investigate the issues and to explore plea negotiations. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial [93] is granted, as follows:

1. The jury trial now set for October 14, 2014, 2014 is continued, **for all defendants** to **December 9, 2014.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 9, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 1, 2014.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**